STATE of Minnesota, Respondent,

v.

Donald Homer KNIGHT, Appellant.

No. 47731.

Supreme Court of Minnesota.

July 28, 1978.

C. Paul Jones, Public Defender, Gregory Gaut, Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, William B. Randall, County Atty., Steven C. DeCoster, Asst. County Atty., St. Paul, for respondent.

PER CURIAM.

Defendant, who waived his right to a jury trial, was found guilty by a district court judge of a charge of felonious theft by check, Minn.St. 609.52, subd. 2(3)(a). The court sentenced defendant to 6 months in the workhouse but stayed execution and placed defendant on 2 years' probation on condition that defendant participate in a community mental health treatment program recommended by his probation officer. Defendant's contention on appeal from judgment of conviction is that there was as a matter of law insufficient evidence of guilt. There is no merit to this contention.

Affirmed.